## THIRD DEPARTMENT, FEBRUARY TERM, 1889.

Matter of Clark, Respondent, v. The Water Commissioners of Amsterdam, Appellant.— Order affirmed, with costs. · Opinion by Ingalls, J.

Florence Campbell, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Ingalls, J.

Charles Stone, Respondent, v. The City of Troy, Appellant.—Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

The Canajoharie National Bank, Appellant, v. John F. Diefendorf, Respondent.—Judgment and order reversed. new trial granted, costs to abide event. Opinion by Ingalls, J.

Catharine Sager, Respondent, v. Margaret E. Dorr, as administratrix, etc., Appellant.— Judgment affirmed, with costs. Opinion by Landon, J.

John Newman and others, Appellants, v. Martin J. Blessing and others, Respondents.—Judgment affirmed, with costs. Opinion by Ingalls, J.

James O. Laughlin, Respondent, v. George H. Hammond & Co., Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Victoria A. Jones and another, Plaintiffs, v. William Slocum, Defendant. — Judgment affirmed, with costs. Opinion by Ingalls, J.

Thomas Eagan, Appellant, v. John P. Powers, Administrator, etc., Respondent.— Judgment affirmed, with costs. Opinion by Landon, J.; Learned. P. J., not acting.

Henry Schoonmaker, Appellant, v. Eugene Niver, Respondent.—Judgment affirmed, with costs. Opinion by Ingalls, J.

James A. Dennison, Appellant, v. Rice A. Brown, Respondent, Impleaded, etc.—Order reversed, with ten dollars costs and printing disbursements, and motion denied with ten dollars costs. Opinion by Ingalls, J.

The Waterloo Woolen Manufacturing Company, Plaintiff, v. James Shanahan and others, Defendants.—Injunction granted as asked for on filing bond. Opinion by Landon, J.

### Decisions handed down February 21, 1889.

Francis A. Fales, v. Thomas B. Lawson and others. — Appeal dismissed. Opinion by Learned, P. J.

Same v. Same.—Motion to stay denied.

Peter J. Lansing v. Samuel Stevens. — Motion to go to the Court of Appeals denied.

Matter of Application Against Commissioner of Highways.—Motion to correct by giving costs as in judgment granted.

Barnes v. Smith.—Motion for reargument denied.

Locadie A. V. Cassagne v. James M. Ostrander.—Motion to go to Court of Appeals denied.

Samuel D. Coykendall, Appellant, v. Abram Constable and others, Respondents. — Order affirmed, with ten dollars costs and printing disbursements.

Oliver H. P. Strait, Appellant, v. John R. Knapen, Respondent. — Order reversed, with ten dollars costs and printing disbursements, and motion to amend denied with ten dollars costs.

Sabina Kaveny, Appellant, v. The City of Troy, Respondent.—Order affirmed, with ten dollars costs and printing disbursements.

The People of the State of New York, Respondent, v. Philo Baldwin, Appellant. — Order reversed. Memorandum by Learned, P. J.

John Martin v. The Central Vermont Railroad Company.—Motion to go to Court of Appeals denied.

Abel A. Crosby and others, Respondents, v. The Delaware and Hudson Canal Company, Appellant. — Motion to amend denied, with ten dollars costs.

The People of the State of New York ex rel H. Cornelia Gilbert v. Timothy Moore and others, Assessors, etc.—Motion to dismiss appeal denied. .

The People of the State of New York ex rel. Delaware and Hudson Canal Company, Appellant, v. Benjamin B. Parker and others, Respondents.— Judgment affirmed, with costs.

Francis A. Fales v. Thomas B. Lawson and others. — Appeal from order refusing to strike out, etc. Order reversed, with ten dollars costs and printing disbursements, and motion granted with ten dollars costs. Memorandum by Learned, P. J.

Jacob Snyder and another, Respondent, v. Lawrence E. Pope, Appellant.—Order affirmed, with ten dollars costs and printing disbursements.

In the Matter of the Application for the Revocation of the Will of John D. Turnbull, Deceased.— Order affirmed, with costs. Opinion by Learned, P. J.: Landon, J., not acting.

Charles B. Wenzell, Respondent, v. John D. Morrissey, Appellant.— Order affirmed, with ten dollars costs and printing disbursements. Learned. P. J., not acting.

George D. Sweetser and others, Respondents, v. Adam B. Smith and others, Appellants.—Order reversed, with ten dollars costs and printing disbursements, and motion to continue injunction denied, with ten dollars costs.

The People of the State of New York ex rel. The Fitchburg Railroad Company, Respondent, v. The Assessors of Towns of Schaghticoke, Pittstown and Hoosick, Appellants.— Motion for reargument denied.

Maria K. Phelps, Appellant, v. Thomas McCann and others, Respondents.— Judgment affirmed, with costs.

Smith Hay, Appellant, v. Marcus S. Babcock and others, Respondents.—Judgment affirmed, with costs.

Asa O. Kingsley, Plaintiff, v. John F. Crawford and others, Defendants. · Judgment affirmed, with costs.

The Fort Edward Water-Works Company, Appellant, v. James McIntyre and another, Respondents. — Judgment affirmed, with costs. Memorandum by Learned, P. J.

---

## FOURTH DEPARTMENT, FEBRUARY TERM, 1889.

Union Mutual Life Insurance Company, Appellant, v. George Frederick Vietor and others, Respondents.—Order reversed. with ten dollars costs and disbursements Held, the affidavit was insufficient on which the order was granted. Merwin, J., not sitting.

William T. Cross, Respondent, v. Mortimer Spring, Appellant.— Motion denied.

John P. Morenus and another, Administrators, etc., Respondents, v. Ira Crawford, Appellant. — Motion denied.

John R. Washburne, Respondent, v. Daniel B. Woodcock and others, Appellants. — Order of the January Term amended by striking therefrom the words " and complaint dismissed with costs against the plaintiff," and insert therein after the word reversed the words " and a new trial granted, with costs to abide the event,"